# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:99CR175 |
| vs. ) | |
| ) | ORDER |
| JEFFREY G. FLORELL, ) | |
| Defendant. ) | |

Defendant Jeffrey G. Florell appeared before the court on Tuesday, December 6, 2005 on a Petition for Warrant or Summons for Offender Under Supervision [52]. The defendant was represented by retained counsel, Kirk E. Naylor, Jr., and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not move for detention and the defendant was released on current conditions of supervision. Because the defendant was not in custody, there was no preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom, in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on January 6, 2006.**

2 Defendant must be present in person.

DATED this 7th day of December, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge