**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:99CR175** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JEFFREY G. FLORELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Julie B. Hansen of the Federal Public Defender's Office to withdraw as counsel for the defendant, Jeffrey G. Florell [58]. Since retained counsel, Kirk E. Naylor, Jr., has entered an appearance for the defendant, the motion to withdraw [58] is granted. Ms. Hansen shall be deemed withdrawn as attorney of record.

**IT IS SO ORDERED.**

DATED this 12th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge