IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the request of the probation officer to continue final dispositional hearing. Pursuant thereto,

IT IS ORDERED that final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Friday, February 3, 2006, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 27th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court