IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue final dispositional hearing (Filing No. 61). The Court notes plaintiff has no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Friday, March 10, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court