IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )    8:99CR175
                               )
      v.                       )
                               )
JEFFREY FLORELL,               )    ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue final dispositional hearing (Filing No. 63). The Court notes plaintiff and the U.S. Probation Officer have no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Wednesday, April 26, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue final dispositional hearing (Filing No. 63). The Court notes plaintiff and the U.S. Probation Officer have no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Wednesday, April 26, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:99CR175
                             )
      v.                     )
                             )
JEFFREY FLORELL,             )       ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue final dispositional hearing (Filing No. 63). The Court notes plaintiff and the U.S. Probation Officer have no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is rescheduled for:

**Wednesday, April 26, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court