IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the final dispositional hearing held on April 26, 2006, it was determined this matter should be continued. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is continued until:

**Wednesday, May 10, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 27th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court