IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the final dispositional hearing held on May 10, 2006, it was determined this matter should be continued. Accordingly,

IT IS ORDERED:

1) Defendant's term of supervised release is extended until September 8, 2006, under the same terms and conditions as previously imposed. Two months of said term shall be served under house arrest, subject to the standard terms and conditions of house arrest applicable in this District.

2) The final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 52) is continued until:

**Friday, September 8, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court