# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:99CR175 |
| JEFFREY G. FLORELL, | ) | ORDER |
| Defendant. | ) | |

Defendant Jeffrey G. Florell appeared before the court on August 15, 2006 on a Second Petition for Warrant or Summons for Offender Under Supervision [69]. The defendant was represented by Joseph A. Turner and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom, in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on September 8, 2006.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge