IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY FLORELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue final dispositional hearing (Filing No. 75). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing is rescheduled for:

**Friday, September 29, 2006, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court